# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALEXANDER GIPSON, JR.

VERSUS

NATIONAL GENERAL INSURANCE
COMPANY AND KISHA PAUL

NO.   2025 CW 0953

**SEPTEMBER 29, 2025**

---

In Re:   National General Insurance Company, Integon Indemnity
Corporation, and Kisha Paul, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 741245.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

STAY DENIED; WRIT DENIED.

HG
TPS

McClendon, C.J., concurs. The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

COURT OF APPEAL, FIRST CIRCUIT

<u>Dana S. Nil</u>
DEPUTY CLERK OF COURT
FOR THE COURT